IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA JOHNSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY OFFICER JOHN GILLETTE, et. al.,<br><br>    Defendants. | Case No.: 10-cv-3592 JSC<br><br>**ORDER TO SHOW CAUSE TO FORMER COUNSEL MR. DESAULLES** |

 On May 30, 2012, this Court granted Plaintiff's Counsel's Motion to be Relieved as Counsel and vacated the June 11, 2012 trial date. (Dkt. No. 46). The Court's Order required Plaintiff's counsel, Mr. deSaulles, to immediately advise the Court of Plaintiff's current address and file proof of service with this Court that he had served a copy of the Court's Order on Plaintiff. To date, Mr. deSaulles has failed to comply with the Court's Order.

 Accordingly, Mr. deSaulles is ordered to show cause as to why he should not be sanctioned for failure to comply with the Court's Order. Mr. deSaulles may discharge this order to show cause by complying with the Court's May 30, 2012 Order within 14 days.

//

**IT IS SO ORDERED.**

Dated:  August 7, 2012

                                                         _____
                                                         JACQUELINE SCOTT CORLEY
                                                         UNITED STATES MAGISTRATE JUDGE