IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA JOHNSTON, | Case No.: 10-cv-3592 JSC |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| DEPUTY OFFICER JOHN GILLETTE, et. al., | |
| Defendants. | |

    On May 30, 2012, this Court granted Plaintiff's Counsel's Motion to be Relieved as Counsel and vacated the June 11, 2012 trial date. (Dkt. No. 46). The Court's Order required Plaintiff's counsel, Mr. deSaulles, to immediately advise the Court of Plaintiff's current address and file proof of service with this Court that he had served a copy of the Court's Order on Plaintiff. Mr. deSaulles failed to comply with the Court's Order. On August 7, 2012, the Court issued an Order to Show Cause as to why Mr. deSaulles should not be sanctioned for failure to comply with the Court's Order and again directed Mr. deSaulles to comply with the Court's May 30, 2012 Order. (Dkt. No. 47). Mr. deSaulles has failed to file anything with the Court.

    Although the Final Pre-Trial Conference in this case is scheduled to take place on September 13, 2012 and trial is set to commence October 1, 2012, the Court has no way to

1  contact Plaintiff. However, the Court notes that Plaintiff was specially represented by her
2  husband, Richard Johnston, who is an attorney, at the hearing on counsel's motion to withdraw
3  on May 30, 2012.  (Dkt. Nos. 45; 46 at 2:28-3:2). Thus, Plaintiff is aware that Mr. deSaulles has
4  been relieved of counsel and that she is now appearing pro se. Plaintiff should also be aware
5  that as a pro se litigant she is responsible for keeping the Court appraised of her current
6  address. *See* Civil L.R. 3-11.

7  Accordingly, the parties are hereby notified that the Court will hold a telephonic status
8  conference in this matter on August 30, 2012 at 1:30 p.m. The parties shall contact Court Call at
9  1-888-882-6878 to make the arrangements to appear telephonically.

10  The Clerk shall serve this order on Mr. deSaulles and Plaintiff at her last known address:
11  216 Decanter Circle, Windsor, California 95492. The Clerk shall also serve Richard Johnston,
12  who appeared for Plaintiff on May 30, 2012 (Dkt. No. 45) at the Johnston Law Office, 131A
13  Stony Cir. Ste. 500, Santa Rosa, California 95401.

14  The Court will issue a further order regarding Mr. deSaulles' failure to respond to the
15  Court's August 7, 2012 Order to Show Cause.

17  **IT IS SO ORDERED.**

19  Dated:  August 22, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE