Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:      707-526-4250
Facsimile:       707-526-0347
Email: bfreeman@sennefflaw.com

Attorneys for Defendants John Gillette and Jeffrey Toney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA JOHNSTON, | **No. CV 10 3592 JSC** |
| Plaintiff, | **DEFENDANTS JOHN GILLETTE AND JEFFREY TONEY'S AMENDED APPLICATION FOR ORDER AND ORDER TO ALLOW DELIVERY OF ELECTRONIC EQUIPMENT TO COURTROOM** |
| v. | |
| COUNTY OF SONOMA; *et al.,* | |
| Defendants. | |
| | Trial Date:     October 1, 2012 |
| _____ / | |

Defendants here apply for an order to permit counsel for Defendants John Gillette and Jeffrey Toney to bring electronic equipment, consisting of an ELMO overhead presenter, projector and screen, to Courtroom F for display of exhibits at trial.  The electronic equipment may be brought to court during the trial, as needed, from September 28, 2012 to October 5, 2012.

DATED:       September 25, 2012

SENNEFF FREEMAN & BLUESTONE, LLP


By: */s/ Bonnie A. Freeman*
Bonnie A. Freeman
Attorneys for Defendants John Gillette and Jeffrey Toney

IT IS SO ORDERED.

Dated: _September 25, 2012_____                    _Jacqueline S. Corley_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge