UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tamara Johnston, | Case No. C10- 3592 JSC |
| Plaintiff(s), | |
| v. | **REFRESHMENT ORDER** |
| County of Sonoma, et al., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered **no later than 8:00 a.m.** for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, October 2, 2012**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom F , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
JACQUELINE SCOTT CORLEY
U.S. MAGISTRATE JUDGE